UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE KOM,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SSOD HOLDINGS, INC.; CHARLES DISTELRATH AKA CHUCK SMITH,<br><br>　　　　　　　　　Defendants. | Case No.:  25-cv-0579-BJC-AHG<br><br>**ORDER STAYING ACTION AND DENYING MOTION FOR ENTRY OF DEFAULT [ECF NO. 8.]** |

On May 15, 2025, Plaintiff Catherine Kom filed a Motion for Entry of Default Judgment against Defendant Charles Smith Distelrath aka Chuck Smith ("Defendant"). ECF No. 8.  On May 30, 2025, Defendant filed a Notification of Bankruptcy stating that Defendant filed a voluntary Chapter 7 bankruptcy petition on May 28, 2025, in the United States Bankruptcy Court for the Eastern District of Virginia.  ECF No. 10. The Notification states that as a result of the bankruptcy filing, this case is "automatically stayed" pursuant to 11 U.S.C. § 362.   ECF No. 10.

The filing of a voluntary petition under 11 U.S.C. § 301 "operates as a stay" of a judicial "proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 U.S.C. § 362(a)(1).  Here,

on May 30, 2025, Defendant filed a voluntary petition for bankruptcy under Chapter 7 in the Eastern District of Virginia, Norfolk Division, Case No. 25-1217.  Mot. Ex. A., ECF No. 10.  This case pending in this Court was initiated before Defendant filed bankruptcy.  Accordingly, the Court stays the current action and DENIES AS MOOT Plaintiff's Motion for Entry of Default.  Defendant is directed to file a status report on the progress of his bankruptcy petition <u>no later than July 25, 2025</u>.

**IT IS SO ORDERED**

Dated:  June 23, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge